| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Office of the Chapter 13 Standing Trustee<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | **Order Filed on April 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    **VALERIE JAMES-KEMP,**<br><br>                        Debtor. | Case No.:    19-11747 (ABA) |

## ORDER GRANTING TRUSTEE LEAVE TO RETAIN AN APPRAISER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 25, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor:      Valerie James-Kemp
Case No.:    19-11747 (ABA)
Caption:     Order Granting Trustee Leave to Retain an Appraiser

---

This matter having come before the Court on Application of Isabel C. Balboa, Chapter 13 Standing Trustee, requesting the entry of an Order granting leave to retain an appraiser with appraisal fee to be paid by Debtor(s)' estate, and the Court being satisfied that the appointment of an appraiser would be in the best interest of the estate, and for good and sufficient cause being shown,

IT IS HEREBY ORDERED that the Trustee herein be and is hereby authorized to retain Frank LoStracco, 157 Bridgeton Pike, Mullica Hill, NJ 08062 for the purpose of appraising the Debtor's principal residence, commonly known as 913 Easy Street, Millville, New Jersey and.

IT IS FUTHER ORDERED that if the appraisal results in a benefit to Debtor(s)' Bankruptcy Estate, pursuant to 11 U.S.C. § 503(b), the fee of $375.00 for said appraisal shall be paid through the Chapter 13 plan as an administrative claim.

IT IS FURTHER ORDERED that in the event a valuation hearing is required and the appraiser is required to appear and give testimony, the cost associated with the appearance and expert testimony will be sought from the Bankruptcy estate, subject to further approval of this Court.