UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Order Filed on April 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**VALERIE JAMES-KEMP,**

Debtor.

Case No.:    19-11747 (ABA)

## ORDER GRANTING TRUSTEE LEAVE TO RETAIN AN APPRAISER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 25, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Valerie James-Kemp
Case No.: 19-11747 (ABA)
Caption: Order Granting Trustee Leave to Retain an Appraiser

---

This matter having come before the Court on Application of Isabel C. Balboa, Chapter 13 Standing Trustee, requesting the entry of an Order granting leave to retain an appraiser with appraisal fee to be paid by Debtor(s)' estate, and the Court being satisfied that the appointment of an appraiser would be in the best interest of the estate, and for good and sufficient cause being shown,

IT IS HEREBY ORDERED that the Trustee herein be and is hereby authorized to retain Frank LoStracco, 157 Bridgeton Pike, Mullica Hill, NJ 08062 for the purpose of appraising the Debtor's principal residence, commonly known as 913 Easy Street, Millville, New Jersey and.

IT IS FUTHER ORDERED that if the appraisal results in a benefit to Debtor(s)' Bankruptcy Estate, pursuant to 11 U.S.C. § 503(b), the fee of $375.00 for said appraisal shall be paid through the Chapter 13 plan as an administrative claim.

IT IS FURTHER ORDERED that in the event a valuation hearing is required and the appraiser is required to appear and give testimony, the cost associated with the appearance and expert testimony will be sought from the Bankruptcy estate, subject to further approval of this Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-11747-ABA
Valerie James-Kemp                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db             +Valerie James-Kemp,    913 Easy Street,    Millville, NJ 08332-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
       as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
       2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
       York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
       SERIES 2006-25 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Seymour   Wasserstrum    on behalf of Debtor Valerie  James-Kemp mylawyer7@aol.com,
       ecf@seymourlaw.net
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6