# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−11747−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Valerie James−Kemp
   913 Easy Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−1966

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Isabel C. Balboa the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 5/7/2019.

Isabel C. Balboa


Dated: May 8, 2019
JAN:

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Valerie James-Kemp  
    Debtor

Case No. 19-11747-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 08, 2019  
                       Form ID: 226      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.  
db          +Valerie James-Kemp,    913 Easy Street,    Millville, NJ 08332-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2019 22:52:54     United States Trustee,  
           Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
           Newark, NJ 07102-5235  
518230705      +E-mail/Text: pmarraffa@standingtrustee.com May 08 2019 22:52:43  
           Isabel C. Balboa, Chapter 13 Standing Trustee,    535 Route 38, Suite 580,  
           Cherry Hill, NJ 08002-2977  
                                                                                                     TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
         as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES  
         2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New  
         York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,  
         SERIES 2006-25 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Debtor Valerie James-Kemp mylawyer7@aol.com,  
         ecf@seymourlaw.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 6