Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–11747–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Valerie James–Kemp
  913 Easy Street
  Millville, NJ 08332

Social Security No.:
  xxx–xx–1966

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 24, 2019.

On 7/26/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               August 28, 2019
Time:               09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

  Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 26, 2019
JAN: lgr

                                        Jeanne Naughton
                                        Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                          Case No. 19-11747-ABA
Valerie James-Kemp                                              Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Jul 26, 2019
                               Form ID: 185             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Valerie James-Kemp,    913 Easy Street,    Millville, NJ 08332-1587
app            +Frank LoStracci,   157 Bridgeton Pike,    Mullica Hill, NJ 08062-2618
517993866       AES / PHEAA,   PO Box 61047,    Harrisburg, PA 17106-1047
517993869      +Cumberland County Board of Taxation,    43 Fayette St,    Bridgeton, NJ 08302-2424
517993870       EOS CCA,    700 Longwater Drive,    Barstow, MD 20610
518225210       Educational Credit Management Corporation,    PO BOX 16408,    St. Paul MN 55116-0408
518021007      +Gregory A. Kemp,    913 Easy Street,    Millville, NJ 08332-1587
517993874      +Mohela/Dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517993875       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517993876       SLS Mortgage,    P.O. Box 636005,    Littleton, CA 80163-6005
517993877     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518039363      +The Bank of New York Mellon,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518151866      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518344654       US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
517993883      +US Dept Of Ed/GLELSI,    PO Box 7859,   2401 International Lane,    Madison, WI 53704-3121
517993878      +Us Department Of Ed-,    P.O. Box 5609,    Greenville, TX 75403-5609
517993884       Wells Fargo,   PO Box 60510,    Los Angeles, CA 90060-0510
518067032      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517993867       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2019 01:15:53      Capital One,
                 PO Box 85015,   Richmond, VA 23285-5015
518170359      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2019 01:15:32
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517993868       E-mail/Text: bankruptcy@consumerportfolio.com Jul 27 2019 01:09:26
                 Consumer Portfolio Services, Inc,    PO Box 57071,   Irvine, CA 92619-7071
518225210       E-mail/Text: ECMCBKNotices@ecmc.org Jul 27 2019 01:09:00
                 Educational Credit Management Corporation,    PO BOX 16408,    St. Paul MN 55116-0408
517993873       E-mail/Text: cio.bncmail@irs.gov Jul 27 2019 08:31       Internal Revenue Service,
                 P.O. Box 744,    Special Procedure Branch,   Springfield, NJ 07081
518230705      +E-mail/Text: pmarraffa@standingtrustee.com Jul 27 2019 01:08:04
                 Isabel C. Balboa, Chapter 13 Standing Trustee,    535 Route 38, Suite 580,
                 Cherry Hill, NJ 08002-2977
518168010       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 01:15:11
                 Portfolio Recovery Associates, LLC,    c/o Household,   POB 41067,    Norfolk VA 23541
518344654       E-mail/Text: EDBKNotices@ecmc.org Jul 27 2019 01:07:01      US Department of Education,
                 P O Box 16448,    St Paul, MN 55116-0448
517993878      +E-mail/Text: EDBKNotices@ecmc.org Jul 27 2019 01:07:02      Us Department Of Ed-,
                 P.O. Box 5609,    Greenville, TX 75403-5609
518153548      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2019 01:15:32      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517993872*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517993871*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
518174861*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518345132*     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517993879*     +Us Department Of Ed-,    P.O. Box 5609,   Greenville, TX 75403-5609
517993880*     +Us Department Of Ed-,    P.O. Box 5609,   Greenville, TX 75403-5609
517993881*     +Us Department Of Ed-,    P.O. Box 5609,   Greenville, TX 75403-5609
517993882*     +Us Department Of Ed-,    P.O. Box 5609,   Greenville, TX 75403-5609
                                                                                   TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Jul 26, 2019
                               Form ID: 185             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
           2006-25 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
           SERIES 2006-25 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Valerie  James-Kemp mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```