**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11747−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Valerie James−Kemp
   913 Easy Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−1966

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-11747-ABA
Valerie James-Kemp                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 09, 2019
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
```
db             +Valerie James-Kemp,    913 Easy Street,    Millville, NJ 08332-1587
app            +Frank LoStracci,   157 Bridgeton Pike,    Mullica Hill, NJ 08062-2618
517993866       AES / PHEAA,   PO Box 61047,    Harrisburg, PA 17106-1047
517993869      +Cumberland County Board of Taxation,    43 Fayette St,    Bridgeton, NJ 08302-2424
517993870       EOS CCA,   700 Longwater Drive,    Barstow, MD 20610
518021007      +Gregory A. Kemp,   913 Easy Street,    Millville, NJ 08332-1587
517993874      +Mohela/Dept Of Ed,   633 Spirit Drive,    Chesterfield, MO 63005-1243
517993875       Office Of Attorney General,   25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517993876       SLS Mortgage,   P.O. Box 636005,    Littleton, CA 80163-6005
517993877      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518039363      +The Bank of New York Mellon,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518433785      +The Bank of New York Mellon,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518151866      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517993883      +US Dept Of Ed/GLELSI,    PO Box 7859,    2401 International Lane,    Madison, WI 53704-3121
518067032      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 01:03:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 01:03:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517993867       EDI: CAPITALONE.COM Oct 10 2019 04:38:00      Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
518170359      +EDI: AIS.COM Oct 10 2019 04:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517993868       E-mail/Text: bankruptcy@consumerportfolio.com Oct 10 2019 01:03:16
                 Consumer Portfolio Services, Inc,    PO Box 57071,    Irvine, CA 92619-7071
518225210       EDI: ECMC.COM Oct 10 2019 04:38:00      Educational Credit Management Corporation,
                 PO BOX 16408,    St. Paul MN 55116-0408
517993873       EDI: IRS.COM Oct 10 2019 04:38:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
518230705      +E-mail/Text: pmarraffa@standingtrustee.com Oct 10 2019 01:02:13
                 Isabel C. Balboa, Chapter 13 Standing Trustee,    535 Route 38, Suite 580,
                 Cherry Hill, NJ 08002-2977
518168010       EDI: PRA.COM Oct 10 2019 04:38:00      Portfolio Recovery Associates, LLC,    c/o Household,
                 POB 41067,    Norfolk VA 23541
518344654       EDI: ECMC.COM Oct 10 2019 04:38:00      US Department of Education,    P O Box 16448,
                 St Paul, MN 55116-0448
517993878      +EDI: ECMC.COM Oct 10 2019 04:38:00      Us Department Of Ed-,    P.O. Box 5609,
                 Greenville, TX 75403-5609
518153548      +EDI: AIS.COM Oct 10 2019 04:38:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517993884       EDI: WFFC.COM Oct 10 2019 04:38:00      Wells Fargo,    PO Box 60510,
                 Los Angeles, CA 90060-0510
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517993872*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517993871*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518174861*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518345132*     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517993879*     +Us Department Of Ed-,    P.O. Box 5609,    Greenville, TX 75403-5609
517993880*     +Us Department Of Ed-,    P.O. Box 5609,    Greenville, TX 75403-5609
517993881*     +Us Department Of Ed-,    P.O. Box 5609,    Greenville, TX 75403-5609
517993882*     +Us Department Of Ed-,    P.O. Box 5609,    Greenville, TX 75403-5609
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 09, 2019
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
           2006-25 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
           SERIES 2006-25 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
           2006-25 rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Valerie  James-Kemp mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```